COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: | § | No. 08-07-00308-CV |
| | § | |
| BRIAN M. GORDON, M.D., | § | An Original Proceeding |
| | § | |
| RELATOR. | § | in Mandamus |
| | § | |
| | § | |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator, Brian M. Gordon, M.D., filed a petition for writ of mandamus in this Court on October 26, 2007.  *See* TEX.R.APP.P. 52.1.  Prior to the Court rendering a decision on the petition, Relator has filed a motion to dismiss stating that on June 2, 2008, the parties reached an agreement settling all matters in controversy in the underlying case.  *See* TEX.R.APP.P. 42.1(a)(2).

Having considered Relator's motion, this Court is of the opinion that it should be granted. Therefore, we dismiss the petition for writ of mandamus.  As the motion does not specify otherwise, Relator will bear the costs of the proceeding.  *See* TEX.R.APP.P. 42.1(d).


June 12, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.